JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FREDDIE P. AVILA SR.,
Plaintiff,
v.
NISSAN NORTH AMERICA, INC., et al.,
Defendants.

Case No. 2:25-cv-03440-SSC

JUDGMENT

Pursuant to the Order of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and
2. The Clerk of Court is directed to close this case.

DATED: 6 Oct. 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE